

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-10-00744-CR

Marcos **TURRUBIATE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 317830
Honorable George H. Godwin, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order and judgment is REVERSED and the cause is REMANDED for further proceedings.

SIGNED September 25, 2013.

Sandee Bryan Marion, Justice